UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SCOTT JOHNSON,<br><br>   Plaintiff,<br><br> v.<br><br>G.S. KATO LLC, et al.,<br><br>   Defendants. | Case No.18-cv-03745-VKD<br><br>**ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED** |

  Plaintiff Scott Johnson filed the present action on June 25, 2018. Dkt. No. 1. Pursuant to General Order No. 56, the parties' last day to conduct a joint site inspection was October 9, 2018, and Mr. Johnson's last day to file a notice of need for mediation was November 20, 2018. Dkt. No. 5. Mr. Johnson did not file a notice of need for mediation.

  The Court possesses the inherent power to dismiss an action sua sponte "to achieve the orderly and expeditious disposition of cases." *Link v. Wabash R.R. Co.*, 370 U.S. 626, 629–33 (1962). Mr. Johnson is directed to file a written response to this order by **December 4, 2018** and to appear before the Court on **December 11, 2018 at 10:00 a.m.** in Courtroom 2, Fifth Floor, 280 South First Street, San Jose, California 95113 and show cause why this action should not be dismissed without prejudice for failure to prosecute.

  **IT IS SO ORDERED.**

Dated: November 26, 2018

*[signature]*

VIRGINIA K. DEMARCHI
United States Magistrate Judge