UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SCOTT JOHNSON,<br><br>        Plaintiff,<br><br>    v.<br><br>G.S. KATO LLC, et al.,<br><br>        Defendants. | Case No.18-cv-03745-VKD<br><br>**ORDER RE SHOW CAUSE RESPONSE**<br>Re: Dkt. No. 15 |

Plaintiff Scott Johnson filed the present action on June 25, 2018. Dkt. No. 1. Pursuant to General Order No. 56, the parties' last day to conduct a joint site inspection was October 9, 2018, and Mr. Johnson's last day to file a notice of need for mediation was November 20, 2018. Dkt. No. 5. Mr. Johnson did not file a notice of need for mediation by the November 20 deadline.

On November 26, 2018, the Court issued an order to show cause why this action should not be dismissed for failure to prosecute. Dkt. No. 13. On December 4, 2018, Mr. Johnson filed a show cause response asking the Court to extend the site inspection deadline to January 3, 2019 and to order defendants to provide at least three dates of availability for an inspection before the January 3 deadline. Dkt. No. 15.

The Court grants Mr. Johnson's request to extend time. The parties are ordered to complete the joint site inspection by no later than **January 3, 2019**, with all other deadlines adjusted accordingly. The Court further orders defendants to promptly provide Mr. Johnson with at least three dates on which they will be available to conduct the joint site inspection by the January 3 deadline. If defendants fail to comply with this order, the Court may impose sanctions against defendants and/or their counsel, including monetary sanctions, entry of adverse judgment, or other appropriate sanctions.

The show cause hearing scheduled for December 11, 2018 is VACATED.

The parties are advised that in the future, the Court will not entertain requests for extensions of time after the relevant deadline has already passed, absent a showing of exceptional circumstances necessitating such relief.

**IT IS SO ORDERED.**

Dated: December 5, 2018

*Virginia K. DeMarchi*
VIRGINIA K. DEMARCHI
United States Magistrate Judge